FILED

FEB 22 2024

Clerk, U.S. District Court
District of Montana - Billings

**PAUL D. VESTAL**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:      (406) 657-6101**
**FAX:        (406) 657-6989**
**E-mail:     Paul.Vestal@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**HOWARD DALE AMOS,**<br><br>**Defendant.** | **CR 24-21 -BLG-SPW**<br><br>**INDICTMENT**<br><br>**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**<br>**Title 21 U.S.C. § 841(a)(1)**<br>**(Penalty: 20 years of imprisonment, $1,000,000 fine, and at least three years of supervised release)**<br><br>**TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

That on or about April 10, 2023, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, HOWARD DALE AMOS,

1

knowingly and unlawfully possessed, with the intent to distribute, a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

JESSE A. LASLOVICH
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2