STEVEN C. BABCOCK
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
steven_babcock@fd.org
        Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-24-21-BLG-SPW** |
| Plaintiff, | |
| vs. | **DEFENDANT'S** |
| | **SENTENCING MEMORANDUM** |
| HOWARD DALE AMOS, | |
| Defendant. | |

COMES NOW the Defendant, HOWARD DALE AMOS, by and through his counsel of record, STEVEN C. BABCOCK and the FEDERAL DEFENDERS OF MONTANA, and offers this Sentencing Memorandum to this Honorable Court for Howard's sentencing to be held on October 24, 2024.

1

## I.   INTRODUCTION

Howard will have served 3 days of incarceration at the time of sentencing. Howard was released by Judge Cavan on February 29, 2024, he has complied with the conditions of release.  PSR ¶ 6.

## II.   ADVISORY GUIDELINE RANGE

The guidelines are the starting point in a sentencing proceeding.  *United States v. Carty*, 520 F.3d 984, 991 (9th Cir. 2008) (en banc).  This Court then is to consider the § 3553(a) factors.  *Id.*  The guidelines are not to be presumed reasonable nor should the guidelines be given more or less weight than any other factor.  *Id.*  The PSR has calculated the advisory guideline range at 57 months to 71 months.  PSR ¶64.  Howard does not object to the advisory guideline range.  However, it is respectfully requested that the Court downward vary from the advisory guideline range.

## III.   18 U.S.C. § 3553(a)

### A.   The Nature and Circumstances of the Offense

The offense conduct is accurately stated in the PSR.  Howard is held responsible for 137.232 grams of actual methamphetamine.  PSR ¶ 12.

### B.   History and Characteristics

Howard was raised in western Montana.  His childhood was difficult.  He was abused by his stepfather and sexually assaulted by his grandfather.  PSR ¶ 40. Alcohol and then eventually drugs became a way to cover up the pain.

2

Howard started using alcohol and drugs at the age of 16. This became habit until the age of 24 then he started using methamphetamine. Howard used methamphetamine daily for 30 years. His prior convictions are all drug related. Howard felt that he could not exist without using methamphetamine, so he continued for decades. Obviously, his daily meth habit is the reason for the instant offense.

Hard work has never been an issue for Howard. In the past his work always had to be in an isolated setting. Howard suffers from severe social anxiety. Being around others has been a major issue for him since his childhood. He currently attends individual counseling sessions with Melissa Alvarez Thorson with Elysian Mental Health Foundation. PSR ¶s 47, 54. In addition to being a mental health counselor Ms. Thorson is a chemical dependency counselor. He has been in dual treatment. This has been very beneficial for Howard, and he is starting to "chip away at the past." See Attached Support Letter. He has abstained from methamphetamine. This has been a very difficult task given the long length of daily use. Additionally, his counseling sessions have allowed Howard to reach out to his mother and make amends. He always blamed his mother for the pain he suffered in his childhood. This has been a very positive step for Howard. He is no longer having nightly nightmares.

The instant offense resulted in Howard losing his business. He was distributing methamphetamine but mainly to support his habit. He had a successful auto repair shop and is a very skilled mechanic. Not only has Howard lost his

business he has been the target of violence from individuals that are still involved in the drug world. His property has been vandalized and he has had two windshields broken by drug addicts.

Howard currently works at Edumicated Redneck Repair in exchange for housing and food. PSR ¶ 58. He has been unable to obtain better employment given the current situation. If the Court imposes a sentence of time served Howard's plan is to continue with his counseling, stay sober and to pursue better employment.

## C.     Seriousness of the Offense, Respect for the Law, and Just Punishment

The question before the Court is how much time is sufficient but not more than necessary. A sentence of time served to be followed by supervised release is sufficient. Ms. Thorson states the following: Throughout this time, Howard has shown no signs of being a risk to the community. On the contrary, he has developed positive relationships with those around him and has engaged in efforts to support others who are also in recovery. His growing sense of responsibility, coupled with his determination to stay on a positive path, reinforces my belief that he will continue to make valuable contributions to society."

## IV.  CONCLUSION

For the above stated reasons, Howard requests that the Court impose a sentence of time served with supervised release to follow.

RESPECTFULLY SUBMITTED this 9th day of October, 2024.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on October 9, 2024, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
_____  Hand Delivery
  3    Mail
_____  Overnight Delivery Service
_____  Fax
_____  E-Mail

1.     CLERK, UNITED STATES DISTRICT COURT

2.     PAUL D. VESTAL
       Assistant United States Attorneys
       United States Attorney's Office
       2601 2nd Avenue North, Suite 3200
       Billings, MT 59101
              Counsel for the United States

3.     HOWARD DALE AMOS
              Defendant

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
Counsel for Defendant

5

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Brief is in compliance with Local Rule 12.1(e).  The Brief's line spacing is double spaced.  The brief is proportionately spaced, the body of the argument has a Times New Roman typeface, 14 point size and contains 994 words, excluding tables and certificates.

DATED this 9th day of October, 2024.

/s/ Steven C. Babcock
STEVEN C. BABCOCK
Federal Defenders of Montana
        Counsel for Defendant